UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI DUKUREH,

Petitioner,

v.

KEVIN RAYCRAFT et al.,

Respondents.

Case No. 1:26-cv-2128

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DENIED WITHOUT PREJUDICE.**

Dated: August 12, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge